**STATE of Missouri, Respondent,**

v.

**Dewayne C. JOHNSON, Appellant.**

**WD 78902**

Missouri Court of Appeals, Western District.

Order filed: May 2, 2017

Karen L. Kramer, for Respondent

Margaret M. Johnston, for Appellant

Before Division One: Gary D. Witt, Presiding Judge, Alok Ahuja, Judge and Edward R. Ardini, Jr., Judge

### ORDER

PER CURIAM:

Dewayne C. Johnson ("Johnson") appeals his conviction for the class A felony of child abuse resulting in death following a jury trial held in the Circuit Court of Cass County. Johnson was sentenced to eighteen years in the Department of Corrections. Finding no error, we affirm. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. Missouri Supreme Court Rule 30.25(b).